UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD CROWN, VALERIE
CROWN h/w, individually and on
behalf of their daughter, COURTNEY
CROWN, a minor,

    Plaintiffs,

v.                                                    1:12cv271-WS/GRJ

GORILLA, INC., a foreign
corporation,

    Defendant.

_____

## ORDER OF DISMISSAL

The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

    1. This cause is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

    2. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

3.  In the event settlement is not consummated for any reason, the court reserves jurisdiction, upon motion filed by any party, within sixty (60) days after the date hereof, to enforce the settlement, to reopen proceedings, and/or to amend, alter, or vacate and set aside the judgment of dismissal.

DONE AND ORDERED this   10th   day of    March   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE